# Exhibit A



Search      Topics      About      Research

🔍 Search all notices...                                                    Go

**Advanced Search:** add additional search queries

❌        ▼                                                    ☐ All words required

Add more

Advanced Search

## DMCA (Copyright) Complaint to Google

**SENDER**

**Recording Industry
Association of America, Inc.**
on behalf of **RIAA member
companies (Universal
Music Group, Sony Music
Entertainment, Warner
Music Group)**
[Private]
US

Sent on October 25, 2019
COUNTRY: US

**RECIPIENT**

**Google LLC**
[Private]
Mountain View, CA, 94043, US

**SUBMITTER**

**Google LLC**

OTHER ENTITIES:    **PRINCIPAL**

# Re: Unknown

**NOTICE TYPE:**         DMCA

## Copyright claim #1

**KIND OF WORK:**        Unspecified

DMCA (Copyright) Complaint to Google | Notices | Lumen

**DESCRIPTION**    To our knowledge, the URLs provide access to a service (and/or software) that circumvents YouTube's rolling cipher, a technical protection measure, that protects our members' works on YouTube from unauthorized copying/downloading. circumvention content: The services provided at the URLs indicated circumvent YouTube's technological protection measures. circumvention mechanism: To our knowledge, the URLs provide access to a service (and/or software) that circumvents YouTube's rolling cipher, a technical protection measure, that protects our members' works on YouTube from unauthorized copying/downloading.

**ORIGINAL URLS:**    No copyrighted URLs were submitted.

**ALLEGEDLY
INFRINGING
URLS:**

01. 2conv.com - 1 URL
02. flvto.biz - 1 URL
03. y2mate.com - 1 URL
04. yout.com - 1 URL
05. youtubeconverter.io - 1 URL

[Click here](#) to request access and see full URLs.

**JURISDICTIONS**    US

**TOPICS**

Anticircumvention (DMCA), Copyright

**TAGS**

© 2017 Lumen

Legal            Licenses            Privacy            Researchers            Sign In

# Exhibit B



Search       Topics       About       Research

🔍 Search all notices...       Go

**Advanced Search:** add additional search queries

❌    ▼          ☐ All words required

Add more

Advanced Search

## DMCA (Copyright) Complaint to Google

| SENDER | RECIPIENT | SUBMITTER |
|---|---|---|
| **Recording Industry Association of America, Inc.** on behalf of **RIAA member companies (EMI Music North America, Sony Music Entertainment, Universal Music Group, Warner Music Group and their associated record labels)** [Private] US | **Google LLC** [Private] Mountain View, CA, 94043, US | **Google LLC** |

Sent on October 26, 2019
COUNTRY: US

OTHER ENTITIES:   **PRINCIPAL**

## Re: Unknown

**NOTICE TYPE:**      DMCA

## Copyright claim #1

DMCA (Copyright) Complaint to Google - Notices - Lumen

| **KIND OF WORK:** | Unspecified |
|---|---|

**DESCRIPTION**    Multiple recordings owned by the RIAA member companies indicated in this submission. circumvention content: To our knowledge, the URLs indicated provide access to a service (and/or software) that circumvents YouTube's rolling cipher, a technical protection measure, that protects our members' works on YouTube from unauthorized copying/downloading. circumvention mechanism: To our knowledge, the URLs indicated provide access to a service (and/or software) that circumvents YouTube's rolling cipher, a technical protection measure, that protects our members' works on YouTube from unauthorized copying/downloading.

**ORIGINAL URLS:**    No copyrighted URLs were submitted.

**ALLEGEDLY INFRINGING URLS:**

01. 2conv.com - 1 URL
02. flvto.biz - 1 URL
03. y2mate.com - 1 URL
04. yout.com - 1 URL
05. youtubeconverter.io - 1 URL

[Click here](#) to request access and see full URLs.

**JURISDICTIONS**    us

**TOPICS**    **TAGS**

Anticircumvention (DMCA), Copyright

(cc) 2017 Lumen    Legal    Licenses    Privacy    Researchers    Sign In

# Exhibit C



Search          Topics          About          Research

🔍  Search all notices...                                                    Go

**Advanced Search:** add additional search queries

❌        ▼                                               ☐ All words required

Add more

Advanced Search

## DMCA (Copyright) Complaint to Google

**SENDER**

**Recording Industry Association of America, Inc.**
on behalf of **RIAA member companies (EMI Music North America, Sony Music Entertainment, Universal Music Group, Warner Music Group and their associated record labels)**
[Private]
US

Sent on June 22, 2020
COUNTRY: US

**RECIPIENT**

**Google LLC**
[Private]
Mountain View, CA, 94043, US

**SUBMITTER**

**Google LLC**

OTHER ENTITIES:    PRINCIPAL

## Re: Unknown

**NOTICE TYPE:**          DMCA

## Copyright claim #1

DMCA (Copyright) Complaint to Google : Notices : Lumen

**KIND OF WORK:**     Unspecified

**DESCRIPTION**      Multiple recordings owned by the RIAA member companies indicated in this submission. circumvention content: To our knowledge, the URLs indicated provide access to a service (and/or software) that circumvents YouTube's rolling cipher, a technical protection measure, that protects our members' works on YouTube from unauthorized copying/downloading. circumvention mechanism: To our knowledge, the URLs indicated provide access to a service (and/or software) that circumvents YouTube's rolling cipher, a technical protection measure, that protects our members' works on YouTube from unauthorized copying/downloading.

**ORIGINAL URLS:**    No copyrighted URLs were submitted.

**ALLEGEDLY**
**INFRINGING**
**URLS:**

01. www.y2mate.com - 9 URLs
02. 2conv.com - 7 URLs
03. www.flvto.biz - 4 URLs
04. y2mate.guru - 4 URLs
05. ymp4.download - 4 URLs
06. www.videovor.com - 3 URLs
07. en.savefrom.net - 2 URLs
08. fr.savefrom.net - 2 URLs
09. keepvid.ch - 2 URLs
10. mp3converter.to - 2 URLs
11. mp3-youtube.download - 2 URLs
12. savetomp3.co - 2 URLs
13. www.320youtube.com - 2 URLs
14. www.youtubeconverter.io - 2 URLs
15. youtubetomp3music.com - 2 URLs
16. bitdownloader.com - 1 URL
17. converterbear.com - 1 URL
18. convertisseur-youtube-mp3.net - 1 URL
19. de.savefrom.net - 1 URL
20. es.savefrom.net - 1 URL
21. it.savefrom.net - 1 URL
22. mp3convert.io - 1 URL
23. pt.savefrom.net - 1 URL
24. www.converto.io - 1 URL
25. www.flvtomp3.cc - 1 URL
26. www.freeonlineconverter.net - 1 URL
27. www.vidpaw.com - 1 URL

28. www.y2mate.info - 1 URL

29. www.ytmp3.net - 1 URL

30. yout.com - 1 URL

31. youtubemp3.click - 1 URL

32. youtubemp4.to - 1 URL

[Click here](#) to request access and see full URLs.

**JURISDICTIONS**   us

**TOPICS**

Anticircumvention (DMCA), Copyright

**TAGS**

cc 2017 Lumen          Legal          Licenses          Privacy          Researchers          Sign In