**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| YOUT LLC., <br>     Plaintiff, <br><br> v. <br><br> RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC., et al., <br>     Defendants. | No. 3:20-cv-1602 (SRU) |

**CONFERENCE MEMORANDUM AND ORDER**

On February 17, 2021, I held a telephonic Rule 16 pretrial conference off the record with Charles Mudd, attorney for the plaintiff, Yout LLC; and David Norman-Schiff, Glenn Pomerantz, James Craven, Rose Leda Ehler, Shannon Galvin Aminirad, and Jared Freedman, attorneys for the defendant, Recording Industry Association of America, Inc.

At the outset, I granted *nunc pro tunc* the plaintiff's motion for an extension of time to respond to the motion to dismiss (doc. no. 31). The parties then confirmed that they were amenable to a referral to a magistrate judge for a settlement conference, and I agreed to refer the case for that purpose.

In addition, I inquired whether any discovery was needed in order to meaningfully participate in a settlement conference, and both parties agreed that significant discovery was not necessary. I further inquired whether the motion to dismiss should be taken up after the parties engaged in settlement and whether it was appropriate to treat the motion to dismiss as a motion for summary judgment. After hearing argument from both sides, I decided to take up the motion to dismiss once it is fully briefed. I additionally decided to stay discovery until a ruling on the motion to dismiss is issued.

Finally, we discussed the procedure for addressing disputes, should any arise. The Rule 26(f) Report is approved to the extent it is not inconsistent with the terms of this order.

So ordered.

Dated at Bridgeport, Connecticut, this 17th day of February 2021.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge