HONORABLE:_____

DEPUTY CLERK_____ RPTR/ECRO/TAPE_____

TOTAL TIME: _____hours _____minutes

DATE:_____ START TIME:_____ END TIME:_____

LUNCH RECESS    FROM: _____ TO: _____

RECESS (if more than ½ hr)    FROM: _____ TO: _____

CIVIL NO._____

_____

_____

vs                                    _____
                                       Plaintiff's Counsel

_____

                                       _____
                                       Defendant's Counsel

## **COURTROOM MINUTES- CIVIL**

☐ Motion hearing          ☐ Show Cause Hearing

☐ Evidentiary Hearing     ☐ Judgment Debtor Exam

☐ Miscellaneous Hearing

☐ .....#_____Motion_____  ☐ granted ☐ denied ☐ advisement

☐ .....#_____Motion_____  ☐ granted ☐ denied ☐ advisement

☐ .....#_____Motion_____  ☐ granted ☐ denied ☐ advisement

☐ .....#_____Motion_____  ☐ granted ☐ denied ☐ advisement

☐ .....#_____Motion_____  ☐ granted ☐ denied ☐ advisement

☐ .....#_____Motion_____  ☐ granted ☐ denied ☐ advisement

☐ .....#_____Motion_____  ☐ granted ☐ denied ☐ advisement

☐ .....    Oral Motion_____  ☐ granted ☐ denied ☐ advisement

☐ .....    Oral Motion_____  ☐ granted ☐ denied ☐ advisement

☐ .....    Oral Motion_____  ☐ granted ☐ denied ☐ advisement

☐ ....    Oral Motion_____  ☐ granted ☐ denied ☐ advisement

☐ .....    ☐ Briefs(s) due _____ ☐ Proposed Findings due_____ Response due_____

☐ ............    _____  ☐ filed ☐ docketed

☐ ............    _____  ☐ filed ☐ docketed

☐ ............    _____  ☐ filed ☐ docketed

☐ ............    _____  ☐ filed ☐ docketed

☐ ............    _____  ☐ filed ☐ docketed

☐ ............    _____  ☐ filed ☐ docketed

☐ ............    _____Hearing continued until _____ at _____