**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| **YOUT LLC,** | ) | |
| | ) | **CAUSE NO. 3:20-cv-01602-SRU** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE RECORDING INDUSTRY** | ) | |
| **ASSOCIATION OF AMERICA, INC. and** | ) | |
| **DOE RECORD COMPANIES 1-10,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEAL

The above-named Plaintiff, Yout LLC, hereby provides notice of its appeal, from the

judgments and orders of the United States District Court for the District of Connecticut, including,

but not limited to, the Court's Memorandum of Decision and Order of September 30, 2022

(Docket Entry 61) and the Judgment entered in favor of Defendants (Docket Entry 62).

Dated: Chicago, Illinois
      October 17, 2022

Respectfully submitted,
YOUT LLC

/s/ Charles Lee Mudd Jr.
By: One of Its Attorneys
Charles Lee Mudd Jr.
MUDD LAW
411 S. Sangamon Street
Suite 1B
Chicago, Illinois 60607
312.964.5051 Telephone
312.803.1667 Facsimile
clm@muddlaw.com