APPEAL,CLOSED,EFILE,RAR,REFCNF

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:20-cv-01602-SRU

| | |
|---|---|
| Yout LLC v. Recording Industry Association of America, Inc. et al | Date Filed: 10/25/2020 |
| Assigned to: Judge Stefan R. Underhill | Date Terminated: 09/30/2022 |
| Referred to: Judge Robert A. Richardson (Settlement) | Jury Demand: Plaintiff |
| Cause: 28:2201 Declaratory Judgment | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Yout LLC**      represented by      **Charles Lee Mudd , Jr.**
Mudd Law
411 S. Sangamon Street
Suite 1b
Chicago, IL 60607
312-964-5051
Fax: 312-803-1667
Email: clm@muddlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Recording Industry Association of America, Inc.**      represented by      **David Norman-Schiff**
Wiggin & Dana-NH
265 Church St.
P.O. Box 1832
New Haven, CT 06510
203-498-4360
Fax: 203-789-2889
Email: dnorman-schiff@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn D. Pomerantz**
Munger, Tolles & Olson LLP
350 S. Grand Avenue
Ste 50th Floor
Los Angeles, CA 90071-3426

213-683-9100
Email: glenn.pomerantz@mto.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James O. Craven**
Wiggin & Dana
One Century Tower
265 Church Street P.O. Box 1832
New Haven, CT 06510
203-498-4361
Fax: 203-782-2887
Email: jcraven@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rose Leda Ehler**
Munger, Tolles & Olson LLP
350 South Grand Avenue
Ste 50th Floor
Los Angeles, CA 90071
213-683-9240
Fax: 213-683-5124
Email: rose.ehler@mto.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon Galvin Aminirad**
Munger, Tolles & Olson LLP
350 South Grand Avenue
50th Floor
Los Angeles, CA 90071
213-683-9594
Email: shannon.aminirad@mto.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Doe Record Companies**
*1-10*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2020 | view1 | COMPLAINT against Doe Record Companies, Recording Industry Association of America, Inc. ( Filing fee $400 receipt number ACTDC- |

| | | |
|---|---|---|
| | | 6179562.), filed by Yout LLC. (Attachments: # 1 Exhibit DMCA Notices Exhibits A-C, # 2 Civil Action Cover Sheet)(Mudd, Charles) Modified on 10/26/2020 to correct parties(Hushin, Z.). (Entered: 10/25/2020) |
| 10/25/2020 | view | Judge Stefan R. Underhill added. (Oliver, T.) (Entered: 10/26/2020) |
| 10/25/2020 | view2 | Order on Pretrial Deadlines: Amended Pleadings due by 12/24/2020. Discovery due by 4/26/2021. Dispositive Motions due by 5/31/2021. Signed by Clerk on 10/25/2020.(Fazekas, J.) (Entered: 10/26/2020) |
| 10/25/2020 | view3 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Stefan R. Underhill on 10/25/2020.(Fazekas, J.) (Entered: 10/26/2020) |
| 10/25/2020 | view4 | STANDING PROTECTIVE ORDER<br>Signed by Judge Stefan R. Underhill on 10/25/2020.(Fazekas, J.) (Entered: 10/26/2020) |
| 10/26/2020 | view5 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 4 Standing Protective Order, 1 Complaint, filed by Yout LLC, 3 Electronic Filing Order, 2 Order on Pretrial Deadlines<br>Signed by Clerk on 10/26/2020.(Fazekas, J.) (Entered: 10/26/2020) |
| 10/26/2020 | view6 | Notice to Counsel: For the Clerk to comply with the provisions of 17 U.S.C. 508, you are requested to complete the top half of the attached form and efile it with the Clerk in ECF as an Other Document > Report on Copyright Form within 14 days. Copyright Form due by 11/9/2020. Signed by Clerk on 10/26/2020.(Fazekas, J.) (Entered: 10/26/2020) |
| 11/05/2020 | view7 | AO 121 Report on the re: Copyright Form Completed. (Mudd, Charles) (Entered: 11/05/2020) |
| 11/05/2020 | view8 | WAIVER OF SERVICE Returned Executed as to Recording Industry Association of America, Inc. waiver sent on 10/28/2020, answer due 12/27/2020 filed by Yout LLC. (Mudd, Charles) (Entered: 11/05/2020) |
| 12/14/2020 | view9 | AMENDED COMPLAINT *First Amended Complaint* against Doe Record Companies, Recording Industry Association of America, Inc., filed by Yout LLC.(Mudd, Charles) (Entered: 12/14/2020) |
| 12/15/2020 | view10 | NOTICE of Appearance by James O. Craven on behalf of Recording Industry Association of America, Inc. (Craven, James) (Entered: 12/15/2020) |
| 12/15/2020 | view11 | NOTICE of Appearance by David Norman-Schiff on behalf of Recording Industry Association of America, Inc. (Norman-Schiff, David) (Entered: 12/15/2020) |

| 12/15/2020 | [view12](#) | Consent MOTION for Extension of Time until January 14, 2021 to File a Responsive Pleading by Recording Industry Association of America, Inc.. (Craven, James) (Entered: 12/15/2020) |
|---|---|---|
| 12/15/2020 | [view13](#) | Corporate Disclosure Statement by Recording Industry Association of America, Inc.. (Craven, James) (Entered: 12/15/2020) |
| 12/15/2020 | [view14](#) | MOTION for Attorney(s) Glenn D. Pomerantz to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6278673) by Recording Industry Association of America, Inc.. (Attachments: # [1](#) Declaration of Glenn D. Pomerantz)(Craven, James) (Entered: 12/15/2020) |
| 12/15/2020 | [view15](#) | MOTION for Attorney(s) Rose Leda Ehler to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6278679) by Recording Industry Association of America, Inc.. (Attachments: # [1](#) Declaration of Rose Leda Ehler)(Craven, James) (Entered: 12/15/2020) |
| 12/15/2020 | [view16](#) | MOTION for Attorney(s) Shannon Aminirad to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6278682) by Recording Industry Association of America, Inc.. (Attachments: # [1](#) Declaration of Shannon Aminirad)(Craven, James) (Entered: 12/15/2020) |
| 12/16/2020 | [view17](#) | ORDER granting [14](#) Motion for Attorney Glenn D. Pomerantz to Appear Pro Hac Vice. Certificate of Good Standing due by 2/14/2021. Signed by Clerk on 12/16/2020. (Oliver, T.) (Entered: 12/16/2020) |
| 12/16/2020 | [view18](#) | ORDER granting [15](#) Motion for Attorney Rose Leda Ehler to Appear Pro Hac Vice. Certificate of Good Standing due by 2/14/2021. Signed by Clerk on 12/16/2020. (Oliver, T.) (Entered: 12/16/2020) |
| 12/16/2020 | [view19](#) | ORDER granting [16](#) Motion for Attorney Shannon Aminirad to Appear Pro Hac Vice. Certificate of Good Standing due by 2/14/2021. Signed by Clerk on 12/16/2020. (Oliver, T.) (Entered: 12/16/2020) |
| 12/21/2020 | [view20](#) | NOTICE of Appearance by Rose Leda Ehler on behalf of Recording Industry Association of America, Inc. (Ehler, Rose) (Entered: 12/21/2020) |
| 12/21/2020 | [view21](#) | NOTICE of Appearance by Glenn D. Pomerantz on behalf of Recording Industry Association of America, Inc. (Pomerantz, Glenn) (Entered: 12/21/2020) |
| 12/23/2020 | [view22](#) | ORDER granting [12](#) Motion for Extension of Time until January 14, 2021 to File a Responsive Pleading. Signed by Judge Stefan R. Underhill on 12/23/2020. (Simon, K.) (Entered: 12/23/2020) |
| 12/23/2020 | [view](#) | Answer deadline updated for Recording Industry Association of America, Inc. to 1/14/2021. (Simon, K.) (Entered: 12/23/2020) |
| 01/05/2021 | [view23](#) | NOTICE of Appearance by Shannon Galvin Aminirad on behalf of Recording Industry Association of America, Inc. (Aminirad, Shannon) (Entered: 01/05/2021) |

| 01/06/2021 | view24 | CERTIFICATE OF GOOD STANDING re 14 MOTION for Attorney(s) Glenn D. Pomerantz to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6278673) by Recording Industry Association of America, Inc.. (Craven, James) (Entered: 01/06/2021) |
|---|---|---|
| 01/06/2021 | view25 | CERTIFICATE OF GOOD STANDING re 15 MOTION for Attorney(s) Rose Leda Ehler to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6278679) by Recording Industry Association of America, Inc.. (Craven, James) (Entered: 01/06/2021) |
| 01/06/2021 | view26 | CERTIFICATE OF GOOD STANDING re 16 MOTION for Attorney(s) Shannon Aminirad to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6278682) by Recording Industry Association of America, Inc.. (Craven, James) (Entered: 01/06/2021) |
| 01/11/2021 | view27 | ORDER: The parties are directed to file a Rule 26(f) report within 14 days of this order. Signed by Judge Stefan R. Underhill on 1/11/2021. (Simon, K.) (Entered: 01/11/2021) |
| 01/14/2021 | view28 | MOTION to Dismiss *Plaintiff Yout LLC's First Amended Complaint* by Recording Industry Association of America, Inc..Responses due by 2/4/2021 (Attachments: # 1 Memorandum in Support of Motion to Dismiss First Amended Complaint)(Ehler, Rose) (Entered: 01/14/2021) |
| 01/25/2021 | view | Set Deadlines/Hearings: Plaintiff's Opposition to Motion to Dismiss due 2/11/2021; Defendant's Reply due 3/4/2021 (Simon, K.) (Entered: 01/25/2021) |
| 01/25/2021 | view29 | Joint REPORT of Rule 26(f) Planning Meeting. (Ehler, Rose) (Entered: 01/25/2021) |
| 01/29/2021 | view30 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>Rule 16 Pretrial Conference set for 2/17/2021 01:30 PM before Judge Stefan R. Underhill. The call-in for the conference is 888.636.3807; when prompted for the access code, dial 650 8043 followed by #. (If asked whether to join the conference as the host, bypass that option by dialing #.) (Simon, K.) (Entered: 01/29/2021) |
| 02/10/2021 | view31 | Consent MOTION for Extension of Time to File Response/Reply as to 28 MOTION to Dismiss *Plaintiff Yout LLC's First Amended Complaint* until 03/18/21 by Yout LLC. (Mudd, Charles) (Entered: 02/10/2021) |
| 02/17/2021 | view32 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Pretrial Rule 16 Conference held on 2/17/2021. Total Time: 0 hours and 31 minutes (Simon, K.) (Entered: 02/17/2021) |

| | | |
|---|---|---|
| 02/17/2021 | [view33](#) | MEMORANDUM of Rule 16 Conference and ORDER. Signed by Judge Stefan R. Underhill on 2/17/2021. (Simon, K.) (Entered: 02/17/2021) |
| 02/17/2021 | [view34](#) | ORDER granting *nunc pro tunc* [31](#) Motion for Extension of Time to File Response. Signed by Judge Stefan R. Underhill on 2/17/2021. (Simon, K.) (Entered: 02/17/2021) |
| 02/17/2021 | [view](#) | Reset Deadlines as to [28](#) Motion to Dismiss Plaintiff Yout LLC's First Amended Complaint - Responses due by 2/18/2021 (Barry, Donna) (Entered: 02/18/2021) |
| 02/17/2021 | [view36](#) | ORDER REFERRING CASE to Magistrate Judge Robert A. Richardson for the purpose of conducting a settlement conference. Signed by Judge Stefan R. Underhill on 02/17/21. (Barry, Donna) (Entered: 02/19/2021) |
| 02/18/2021 | [view35](#) | RESPONSE re [28](#) MOTION to Dismiss *Plaintiff Yout LLC's First Amended Complaint* filed by Yout LLC. (Attachments: # [1](#) Exhibit Lexis Cited Authority)(Mudd, Charles) (Entered: 02/18/2021) |
| 03/02/2021 | [view37](#) | ORDER: A video settlement conference is scheduled for 5/5/2021 at 10:30 AM with Judge Richardson. Please see attached order for important instructions.Video conference information has been provided to counsel via email. Signed by Judge Robert A. Richardson on 3/2/2021. (Fries, J.) (Entered: 03/02/2021) |
| 03/02/2021 | [view38](#) | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A video settlement conference is set for 5/5/2021 at 10:30 AM before Judge Robert A. Richardson. (Fries, J.) (Entered: 03/02/2021) |
| 03/18/2021 | [view39](#) | REPLY to Response to [28](#) MOTION to Dismiss *Plaintiff Yout LLC's First Amended Complaint* filed by Recording Industry Association of America, Inc.. (Attachments: # [1](#) Exhibit A)(Ehler, Rose) (Entered: 03/18/2021) |
| 04/26/2021 | [view40](#) | ORDER: The parties have informed the Court that a settlement conference would not be productive at this time. Therefore, the conference scheduled for 5/5/2021 has been cancelled. The parties may contact Judge Richardson's chambers if the situation changes and they wish to hold a conference at a later date. Signed by Judge Robert A. Richardson on 4/26/2021. (Fries, J.) (Entered: 04/26/2021) |
| 06/29/2021 | [view41](#) | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br><br>Set/Reset Deadlines as to [28](#) MOTION to Dismiss. Motion Hearing set for 8/5/2021 04:00 PM before Judge Stefan R. Underhill. (Simon, K.) (Entered: 06/29/2021) |

| | | |
|---|---|---|
| 06/29/2021 | view | NOTICE regarding hearing via Zoom: The Motion Hearing scheduled for August 5, 2021 at 4:00 p.m. will be conducted via Zoom. The video link is https://www.zoomgov.com/j/1609038492?pwd=OGlOMmJZbmg5aGVJYWluODhXNDhEdz09 and call in number is +1 669 254 5252 US (San Jose); +1 646 828 7666 US (New York).<br><br>Meeting ID: 160 903 8492<br><br>Meeting Password: 668561<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Simon, K.) (Entered: 06/29/2021) |
| 08/05/2021 | view42 | Minute Entry. Proceedings held before Judge Stefan R. Underhill: granting 28 Motion to Dismiss. Motion Hearing held on 8/5/2021 re 28 Motion to Dismiss.<br><br>For the reasons set forth on the record, the motion to dismiss is granted without prejudice to filing an amended complaint. The amended complaint shall be filed within 28 days of the hearing.<br><br>Total Time: 1 hours and 02 minutes (Court Reporter M. Cianciullo.) (Simon, K.) (Entered: 08/05/2021) |
| 08/31/2021 | view43 | Consent MOTION for Extension of Time until 09/14/21 *to file Second Amended Complaint* 42 Order on Motion to Dismiss,, Motion Hearing, by Yout LLC. (Mudd, Charles) (Entered: 08/31/2021) |
| 09/01/2021 | view44 | ORDER granting 43 Motion for Extension of Time. Signed by Judge Stefan R. Underhill on 09/01/2021. (Hurley, S.) (Entered: 09/01/2021) |
| 09/01/2021 | view | Set Deadlines 43 : Amended Pleadings due by 9/14/2021. (Hurley, Shana) (Entered: 09/09/2021) |
| 09/14/2021 | view45 | AMENDED COMPLAINT *Second Amended Complaint* against All Defendants, filed by Yout LLC.(Mudd, Charles) (Entered: 09/14/2021) |
| 09/22/2021 | view46 | TRANSCRIPT of Proceedings: Type of Hearing: Motion Hearing. Held on 8/5/2021 before Judge Stefan R. Underhill. Court Reporter: Melissa J. Cianciullo. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request |

|  |  |  |
|---|---|---|
|  |  | Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 10/13/2021. Redacted Transcript Deadline set for 10/23/2021. Release of Transcript Restriction set for 12/21/2021. (Cianciullo, Melissa) (Entered: 09/22/2021) |
| 09/22/2021 | view47 | Consent MOTION for Extension of Time until 10/20/2021 to Respond to Second 45 Amended Complaint by Recording Industry Association of America, Inc.. (Ehler, Rose) (Entered: 09/22/2021) |
| 09/23/2021 | view48 | ORDER granting 47 Consent Motion for Extension of Time until October 20, 2021 to File a Responsive Pleading. Signed by Judge Stefan R. Underhill on 9/23/2021. (Hurley, S.) (Entered: 09/23/2021) |
| 09/23/2021 | view | Deadline for responsive pleadings updated for Doe Record Companies to 10/20/2021; Recording Industry Association of America, Inc. to 10/20/2021. (Hurley, S.) (Entered: 09/23/2021) |
| 10/20/2021 | view49 | MOTION to Dismiss *Second Amended Complaint* by Recording Industry Association of America, Inc..Responses due by 11/10/2021 (Attachments: # 1 Memorandum in Support of Motion to Dismiss Second Amended Complaint, # 2 Exhibit A - Youtube Terms of Service, # 3 Exhibit B - Danish Decision (Translated), # 4 Exhibit C - German Decision (Translated))(Ehler, Rose) (Entered: 10/20/2021) |
| 10/22/2021 | view50 | NOTICE: Pursuant to 48 Order granting Consent Motion for Extension of Time, the following deadlines are in effect. Yout LLC has until 11/17/2021 to oppose 49 RIAA's Motion to Dismiss the Second Amended Complaint. RIAA has until 12/8/2021 to file its Reply. (Hurley, S.) (Entered: 10/22/2021) |
| 10/25/2021 | view51 | Reset Deadlines as to 49 Motion to Dismiss *Second Amended Complaint*. Opposition due by 11/17/2021. Reply due by 12/8/2021. (Hurley, S.) (Entered: 10/25/2021) |
| 11/16/2021 | view52 | First MOTION for Extension of Time to File Response/Reply as to 49 MOTION to Dismiss *Second Amended Complaint* until December 1, 2021 by Yout LLC. (Mudd, Charles) (Entered: 11/16/2021) |
| 11/18/2021 | view53 | ORDER granting 52 Motion for Extension of Time. Yout LLC's new deadline to file an Opposition is 12/1/2021. RIAA's deadline to file a Reply is 1/5/2022. Signed by Judge Stefan R. Underhill on 11/18/2021. (Hurley, S.) (Entered: 11/18/2021) |

| 11/18/2021 | view54 | Reset Deadlines as to 49 Motion to Dismiss Second Amended Complaint. Opposition due by 12/1/2021. Reply due by 1/5/2022. (Hurley, S.) (Entered: 11/18/2021) |
|---|---|---|
| 12/01/2021 | view55 | RESPONSE re 49 MOTION to Dismiss *Second Amended Complaint* filed by Yout LLC. (Mudd, Charles) (Entered: 12/01/2021) |
| 01/05/2022 | view56 | REPLY to Response to 49 MOTION to Dismiss *Second Amended Complaint* filed by Recording Industry Association of America, Inc.. (Ehler, Rose) (Entered: 01/05/2022) |
| 06/02/2022 | view57 | NOTICE OF E-FILED CALENDAR and NOTICE REGARDING HEARING VIA ZOOM: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br>Hearing re 49 Motion to Dismiss set for 8/16/2022 02:00 PM before Judge Stefan R. Underhill. This hearing will be conducted via Zoom.<br>The video link is https://www.zoomgov.com/j/1601897079?pwd=M0o5T3BVaWdFcjBqRG8zRW9mK09pQT09.<br>The call in number is +1 646 828 7666.<br>The Meeting ID is 160 189 7079.<br>The Meeting Password is 138376.<br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Hurley, S.) (Entered: 06/02/2022) |
| 08/16/2022 | view58 | NOTICE OF E-FILED CALENDAR and NOTICE REGARDING HEARING VIA ZOOM: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br>*RESET FROM 8/16/2022*<br>Hearing re 49 Motion to Dismiss set for 8/25/2022 03:00 PM before Judge Stefan R. Underhill. This hearing will be conducted via Zoom.<br>The video link is https://www.zoomgov.com/j/1601897079?pwd=M0o5T3BVaWdFcjBqRG8zRW9mK09pQT09.<br>The call in number is +1 646 828 7666.<br>The Meeting ID is 160 189 7079.<br>The Meeting Password is 138376.<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The |

|  |  |  |
|---|---|---|
|  |  | Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Hurley, S.) (Entered: 08/16/2022) |
| 08/25/2022 | [view 59](#) | Minute Entry for proceedings held before Judge Stefan R. Underhill: Motion Hearing held on 8/25/2022 re [49](#) Motion to Dismiss Second Amended Complaint filed by Recording Industry Association of America, Inc. The motion is taken under advisement. Total Time: 01 hours and 24 minutes. (Court Reporter Melissa Cianciullo.) (Hurley, S.) (Entered: 08/25/2022) |
| 09/27/2022 | [view 60](#) | TRANSCRIPT of Proceedings: Type of Hearing: Motion Hearing. Held on 8/25/2022 before Judge Stefan R. Underhill. Court Reporter: Melissa J. Cianciullo. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 10/18/2022. Redacted Transcript Deadline set for 10/28/2022. Release of Transcript Restriction set for 12/26/2022. (Cianciullo, Melissa) (Entered: 09/27/2022) |
| 09/30/2022 | [view 61](#) | MEMORANDUM OF DECISION and ORDER granting [49](#) Motion to Dismiss. I direct the Clerk to enter judgment in favor of the defendants and close this case. Signed by Judge Stefan R. Underhill on 9/30/2022. (Hurley, S.) (Entered: 09/30/2022) |
| 09/30/2022 | [view 62](#) | JUDGMENT entered in favor of Doe Record Companies, Recording Industry Association of America, Inc. against Yout LLC.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms<br>Signed by Clerk on 9/30/2022.(Reis, Julia) (Entered: 09/30/2022) |
| 09/30/2022 | [view](#) | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not |

| | | |
|---|---|---|
| | | docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link: https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey (Reis, Julia) (Entered: 09/30/2022) |
| 10/20/2022 | [view63](#) | NOTICE OF APPEAL as to [62](#) Judgment, [61](#) Order on Motion to Dismiss by Yout LLC. Filing fee $ 505, receipt number ACTDC-7108823. (Mudd, Charles) (Entered: 10/20/2022) |