UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YOUT LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:20-cv-01602-SRU |
| | ) |
| vs. | ) |
| | ) |
| THE RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC. and DOE RECORD COMPANIES 1-10, | ) October 31, 2022 |
| | ) |
| Defendants. | ) |

## **DEFENDANT RIAA'S MOTION FOR ATTORNEYS' FEES**

Defendant Recording Industry Association of America, Inc. ("RIAA") moves for attorneys' fees. This motion should be granted and Defendant should be awarded $250,000 for its fees for the following reasons:

1. Defendant is the prevailing party and is entitled to recover its fees under the Copyright Act. 17 U.S.C. §§ 505, 1203(b)(5). A fee award is appropriate and justified here. Yout's claims were objectively unreasonable, if not frivolous, because Yout's own allegations failed to establish that it was not violating the law. Evidence further suggests that Yout brought this lawsuit, not in good faith, but to prolong and advertise its stream-ripping business. In doing so, Yout caused RIAA to incur significant legal fees to defend this lawsuit and protect its members' rights. The purpose of the Copyright Act, as well as the need for compensation and deterrence, strongly favor awarding fees.

2. Defendant requests a reasonable amount of fees, based on the work done, the results achieved, and Plaintiff's litigation conduct. RIAA's request for attorneys' fees is conservative, both as a matter of attorney rates and the time requested, and is much lower than

the amount that would be calculated using a traditional lodestar analysis and lower than the amount of fees actually paid.

The reasons supporting a fee award are more fully stated in the accompanying Memorandum of Law.

DATED:  October 31, 2022          Respectfully submitted,


                                       /s/ Rose Leda Ehler

GLENN D. POMERANTZ (*appearing pro hac vice*)
ROSE LEDA EHLER (*appearing pro hac vice*)
SHANNON AMINIRAD (*appearing pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, CA 90071-3426
T:  (213) 683-9100
F:  (213) 687-3702
glenn.pomerantz@mto.com
rose.ehler@mto.com
shannon.aminirad@mto.com

JAMES O. CRAVEN (ct18790)
DAVID NORMAN-SCHIFF (ct30082)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
T:  (203) 498-4400
F:  (203) 782-2889
jcraven@wiggin.com

Attorneys for Defendant Recording Industry Association of America, Inc.