UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| YOUT LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>THE RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC. and DOE RECORD COMPANIES 1-10,<br><br>      Defendants. | Case No. 3:20-cv-01602-SRU<br><br>December 22, 2022 |

**DECLARATION OF ROSE LEDA EHLER IN SUPPORT OF RIAA'S OPPOSITION TO PLAINTIFF YOUT LLC'S MOTION TO STAY DEFENDANT RIAA'S MOTION FOR ATTORNEYS' FEES [DKT. 67]**

I, Rose Leda Ehler, hereby declare:

1.  I am a partner in the law firm of Munger, Tolles & Olson LLP ("MTO") and counsel of record for Defendant Recording Industry Association of America, Inc. ("RIAA"). This declaration is made in support of RIAA's Opposition to Plaintiff Yout LLC's Motion to Stay RIAA's Motion for Attorneys' Fees ("Motion"). The facts set forth in this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to the contents of this declaration.

2.  On October 5, 2022, I called Mr. Mudd, counsel for Plaintiff Yout, LLC, to discuss RIAA's forthcoming fee motion and a potential resolution to this matter. Mr. Mudd did not answer and I left a voicemail and sought by email to arrange a time to meet and confer, which we scheduled for 10:30 am PT (12:30 pm CT) the next day. I called Mr. Mudd at the agreed upon time, but he did not answer; I then emailed him and asked that he call me back.

Later that day, Mr. Mudd asked that the call be moved to October 7, 2022. I have attached the email correspondence and calendar invitation as **Exhibit A**.

3. On October 7, 2022, I received an email from Mr. Mudd informing me that he had been terminated as counsel for Yout and was not available to speak about anything related to this matter. I have attached Mr. Mudd's correspondence as **Exhibit B**.

4. On October 31, 2022, Mr. Evan Fray-Witzer filed a Notice of Appearance as Substitute Counsel in the Court of Appeals for the Second Circuit, substituting himself for Mr. Mudd as lead counsel for Yout, LLC in their appeal of this Court's Order Granting RIAA's Motion to Dismiss Plaintiff's Second Amended Complaint. I have attached Mr. Fray-Witzer's Notice of Appearance as **Exhibit C**.

5. On November 17, 2022, Mr. Valentin Gurvits and Mr. Frank Scardino, both of Boston Law Group, PC, filed Notices of Appearance as Additional Counsel for Yout, LLC in the appeal of this Court's Order Granting RIAA's Motion to Dismiss Plaintiff's Second Amended Complaint. I have attached Mr. Gurvits' Notice of Appearance as **Exhibit D** and Mr. Scardino's Notice of Appearance as **Exhibit E**.

6. On November 17, 2022, I received an email from Mr. Mudd informing me that he had been retained to represent Yout, LLC in district court "on the specific issue . . . of attorney's fees." Mr. Mudd then requested RIAA's agreement to a stay on briefing the motion for attorneys' fees pending appeal. Later that day, I replied to Mr. Mudd that RIAA did not agree to a stay because there is no reason for it and intended to move forward with the motion. I have attached our correspondence as **Exhibit F**.

7. On November 21, 2022, the deadline for Yout, LLC to respond to RIAA's Motion for Attorneys' Fees, Mr. Mudd requested an extension of time to respond to the motion until

after the Thanksgiving holiday. I proposed December 1, 2022 for Yout's opposition and December 22, 2022 for RIAA's reply. Mr. Mudd requested instead December 5, 2022 for Yout's opposition and December 26, 2022 for RIAA's reply. I informed Mr. Mudd that this was not agreeable as it would require work over the Christmas holiday. Because it would require filing on a Court holiday, I likewise informed Mr. Mudd that December 23, 2022 was not agreeable as a reply deadline. Mr. Mudd and I agreed to an extension to December 1, 2022 for Yout's opposition and December 22, 2022 for RIAA's reply and Yout filed an unopposed motion requesting an extension to those dates. This correspondence is also included in **Exhibit F**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of December, 2022, at Los Angeles, California.

*/s/ Rose Leda Ehler*
Rose Leda Ehler