# EXHIBIT A

| | |
|---|---|
| **From:** | Charles Mudd <charles@muddlaw.com> |
| **Sent:** | Thursday, October 6, 2022 1:58 PM |
| **To:** | Ehler, Rose |
| **Subject:** | Re: Yout v. RIAA |

Rose:

I am sorry. I had a maelstrom of a morning and afternoon.

Can we touch base tomorrow?

Charles


_____
[Charles Lee Mudd Jr.](#)
Principal and Attorney | [Mudd Law](#)

(Where applicable, please Reply All)


Board Member | [NewSpace Chicago](#)
Member | [ITechLaw](#)
Member | AAAI, AIAA, AAS, IISL

312-964-5051 Office
312-545-6835 Mobile


**Mudd Law**
Space | Internet | Creatives | IP | Startups
[Chicago](#) | [Houston](#) | [Park City](#)

[Subscribe to our Newsletters](#)

Subscribe to our [YouTube Channel](#)

Join us for [Coffee and Conversation](#)!




On Oct 6, 2022, at 12:45 PM, Ehler, Rose <[Rose.Ehler@mto.com](mailto:Rose.Ehler@mto.com)> wrote:

Charles – just tried you. Can you please ring me back at the number below.

Rose Leda Ehler
213.683.9240

**From:** Ehler, Rose
**Sent:** Wednesday, October 5, 2022 4:50 PM
**To:** Charles Mudd <charles@muddlaw.com>
**Subject:** RE: Yout v. RIAA

Thanks – I will add it to our calendars (I live by that) and call then.

Rose Leda Ehler
213.683.9240

---

**From:** Charles Mudd <charles@muddlaw.com>
**Sent:** Wednesday, October 5, 2022 4:49 PM
**To:** Ehler, Rose <Rose.Ehler@mto.com>
**Subject:** Re: Yout v. RIAA

Rose:

Yes, I have 10:30 am PT to 1:00 PT pretty open.

Though I do plan to be in the office, the best number is my cell at 312 545 6835.

Have a good evening.

Charles

Charles Lee Mudd Jr.
Principal and Attorney | Mudd Law

(Where applicable, please Reply All)

Board Member | NewSpace Chicago
Member | ITechLaw
Member | AAAI, AIAA, AAS, IISL

312-964-5051 Office
312-545-6835 Mobile

**Mudd Law**
Space | Internet | Creatives | IP | Startups
Chicago | Houston | Park City

Subscribe to our Newsletters

Subscribe to our YouTube Channel

Join us for Coffee and Conversation!

On Oct 5, 2022, at 6:46 PM, Ehler, Rose <Rose.Ehler@mto.com> wrote:

Thanks, Charles. I have after 10:30 am PT tomorrow mostly open. I can give you a ring then if that works.

Rose Leda Ehler
213.683.9240

**From:** Charles Mudd <charles@muddlaw.com>
**Sent:** Wednesday, October 5, 2022 4:45 PM
**To:** Ehler, Rose <Rose.Ehler@mto.com>
**Subject:** Re: Yout v. RIAA

Rose:

I did receive your message.

I've been swamped with a few things.

But, tomorrow is more open and Friday even better.

What works for you?

Charles


Charles Lee Mudd Jr.
Principal and Attorney | Mudd Law

(Where applicable, please Reply All)


Board Member | NewSpace Chicago
Member | ITechLaw
Member | AAAI, AIAA, AAS, IISL

312-964-5051 Office
312-545-6835 Mobile


**Mudd Law**
Space | Internet | Creatives | IP | Startups
Chicago | Houston | Park City

Subscribe to our Newsletters

Subscribe to our YouTube Channel

Join us for Coffee and Conversation!

On Oct 5, 2022, at 5:07 PM, Ehler, Rose <Rose.Ehler@mto.com> wrote:

Charles –

I called your office yesterday and left a message. Could you give me a ring on this when you're free or let me know a good time to discuss?

Thanks,
Rose

**Rose Leda Ehler | Munger, Tolles & Olson LLP**
Pronouns: she/her/hers
350 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9240 | Rose.Ehler@mto.com | www.mto.com

*\*\*\*NOTICE\*\*\**

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

# Ehler, Rose

| | |
|---|---|
| **Subject:** | Yout/RIAA |
| **Location:** | Rose to call Charles 312 545 6835 |
| **Start:** | Thu 10/6/2022 10:30 AM |
| **End:** | Thu 10/6/2022 11:00 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Ehler, Rose |
| **Required Attendees:** | Charles Mudd |

1