# EXHIBIT B

| | |
|---|---|
| **From:** | Charles Mudd <charles@muddlaw.com> |
| **Sent:** | Friday, October 7, 2022 10:13 AM |
| **To:** | Ehler, Rose |
| **Cc:** | Katie Sunstrom; Tariq Mohideen |
| **Subject:** | Re: Follow up from Charles Mudd |

Rose:

I am not sure as this has not been provided to me.

Without waiving privilege, I did inform the client that you had wanted to speak.

I will pass along again that you wish to speak and to let the new counsel know.

Charles

_____
Charles Lee Mudd Jr.
Principal and Attorney | Mudd Law

(Where applicable, please Reply All)


Board Member | NewSpace Chicago
Member | ITechLaw
Member | AAAI, AIAA, AAS, IISL

312-964-5051 Office
312-545-6835 Mobile


**Mudd Law**
Space | Internet | Creatives | IP | Startups
Chicago | Houston | Park City

Subscribe to our Newsletters

Subscribe to our YouTube Channel

Join us for Coffee and Conversation!




On Oct 7, 2022, at 12:10 PM, Ehler, Rose <Rose.Ehler@mto.com> wrote:

Thank you Charles.  Could you please let me know who replacement counsel is?

Rose Leda Ehler
213.683.9240

**From:** Charles Mudd <charles@muddlaw.com>
**Sent:** Friday, October 7, 2022 10:08 AM
**To:** Ehler, Rose <Rose.Ehler@mto.com>
**Cc:** Katie Sunstrom <katie@muddlaw.com>; Tariq Mohideen <tariq@muddlaw.com>
**Subject:** Follow up from Charles Mudd

Rose:

I have been terminated as counsel for Yout.

As such, I cannot speak to you about any proceedings or Yout.

But, if there is something else or comments more on a professional level, I am available to speak.

Charles

Charles Lee Mudd Jr.
Principal and Attorney | Mudd Law

(Where applicable, please Reply All)

Board Member | NewSpace Chicago
Member | ITechLaw
Member | AAAI, AIAA, AAS, IISL

312-964-5051 Office
312-545-6835 Mobile

**Mudd Law**
Space | Internet | Creatives | IP | Startups
Chicago | Houston | Park City

Subscribe to our Newsletters

Subscribe to our YouTube Channel

Join us for Coffee and Conversation!