# EXHIBIT C

NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Yout LLC v. Recording Industry Association of America, Inc.   Docket No.: 22-2760

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Evan Fray-Witzer

Firm: Ciampa Fray-WItzer

Address: 20 Park Plaza, Suite 505, Boston, MA 02116

Telephone: 617-426-0000    Fax: 617-507-8043

E-mail: Evan@CFWLegal.com

Appearance for: Yout, LLC/Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: Charles Lee Mudd/Mudd Law )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

**CERTIFICATION**

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 21, 2022   OR

☐ I applied for admission on  .

Signature of Counsel: /s/ Evan Fray-Witzer

Type or Print Name: Evan Fray-Witzer