# EXHIBIT E

## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Yout LLC v. Recording Industry Association of America, Inc. Docket No.: 22-2760

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Frank Scardino

Firm: Boston Law Group, PC

Address: 825 Beacon Street, Suite 20, Newton Center, MA 02459

Telephone: 617-928-1805 Fax: 617-928-1802

E-mail: frank@bostonlawgroup.com

Appearance for: Yout, LLC/Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Evan Fray-Witzer/Ciampa Fray-Witzer )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: Frank Scardino