# EXHIBIT F

| | |
|---|---|
| **From:** | Ehler, Rose |
| **Sent:** | Monday, November 21, 2022 11:50 AM |
| **To:** | Katie Sunstrom; Charles Mudd |
| **Cc:** | Danielle Gitzen; Aminirad, Shannon |
| **Subject:** | RE: Follow up on Yout |

With the change to December 1 and 22, this works.  I think that also changes the extension to 10 days.

Rose Leda Ehler
213.683.9240

---

**From:** Katie Sunstrom <katie@muddlaw.com>
**Sent:** Monday, November 21, 2022 11:31 AM
**To:** Charles Mudd <charles@muddlaw.com>; Ehler, Rose <Rose.Ehler@mto.com>
**Cc:** Danielle Gitzen <danielle@muddlaw.com>; Aminirad, Shannon <Shannon.Aminirad@mto.com>
**Subject:** RE: Follow up on Yout

Rose:
See the attached draft. Please let us know whether it is okay to file. I included December 2 and 23 for our respective deadlines while you are discussing.
Thanks,
Katie

---

**From:** Charles Mudd <charles@muddlaw.com>
**Sent:** Monday, November 21, 2022 1:25 PM
**To:** Ehler, Rose <Rose.Ehler@mto.com>
**Cc:** Danielle Gitzen <danielle@muddlaw.com>; Aminirad, Shannon <Shannon.Aminirad@mto.com>; Katie Sunstrom <katie@muddlaw.com>
**Subject:** Re: Follow up on Yout

Rose:

Why the 1st rather than the 2nd?

Charles



_____
Charles Lee Mudd Jr.
Principal and Attorney | Mudd Law

(Where applicable, please Reply All)


Board Member | NewSpace Chicago
Member | ITechLaw
Member | AAAI, AIAA, AAS, IISL

312-964-5051 Office
312-545-6835 Mobile

**Mudd Law**

Space | Internet | Creatives | IP | Startups

Chicago | Houston | Park City

Subscribe to our Newsletters

Subscribe to our YouTube Channel

Join us for Coffee and Conversation!

On Nov 21, 2022, at 1:20 PM, Ehler, Rose <Rose.Ehler@mto.com> wrote:

Sorry, Charles. That forces us to work through the holiday and isn't acceptable. I've asked our client about December 1 and 22.

Rose Leda Ehler
213.683.9240

**From:** Charles Mudd <charles@muddlaw.com>
**Sent:** Monday, November 21, 2022 11:18 AM
**To:** Ehler, Rose <Rose.Ehler@mto.com>
**Cc:** Danielle Gitzen <danielle@muddlaw.com>; Aminirad, Shannon <Shannon.Aminirad@mto.com>; Katie Sunstrom <katie@muddlaw.com>
**Subject:** Re: Follow up on Yout

Rose:

Could we actually do December 5 and December 26th for your reply?

Charles


Charles Lee Mudd Jr.
Principal and Attorney | Mudd Law

(Where applicable, please Reply All)


Board Member | NewSpace Chicago
Member | ITechLaw
Member | AAAI, AIAA, AAS, IISL

312-964-5051 Office
312-545-6835 Mobile

**Mudd Law**
Space | Internet | Creatives | IP | Startups
Chicago | Houston | Park City

Subscribe to our Newsletters

Subscribe to our YouTube Channel

Join us for Coffee and Conversation!

On Nov 21, 2022, at 1:15 PM, Ehler, Rose <Rose.Ehler@mto.com> wrote:

Hi Charles,

Let me just confirm with my client. I assume you'd also be OK extending our reply deadline too? Would December 1st for your brief and December 22nd for our brief work?

Reserving while I confirm. Please send over the papers you'd suggest to file.

Thanks,
Rose

Rose Leda Ehler
213.683.9240

---

**From:** Charles Mudd <charles@muddlaw.com>
**Sent:** Monday, November 21, 2022 10:01 AM
**To:** Ehler, Rose <Rose.Ehler@mto.com>
**Cc:** Danielle Gitzen <danielle@muddlaw.com>; Aminirad, Shannon <Shannon.Aminirad@mto.com>; Katie Sunstrom <katie@muddlaw.com>
**Subject:** Re: Follow up on Yout

Rose:

Would you be amenable to an extension of time in which to respond to your motion?

We did have some issues on representation that have been resolved, but I would ask for the end of next week after the holiday.

Charles

Charles Lee Mudd Jr.
Principal and Attorney | Mudd Law

(Where applicable, please Reply All)

Board Member | NewSpace Chicago
Member | ITechLaw
Member | AAAI, AIAA, AAS, IISL

312-964-5051 Office
312-545-6835 Mobile

**Mudd Law**
Space | Internet | Creatives | IP | Startups
Chicago | Houston | Park City

Subscribe to our Newsletters

Subscribe to our YouTube Channel

Join us for Coffee and Conversation!

On Nov 17, 2022, at 11:59 PM, Charles Mudd <charles@muddlaw.com> wrote:

Rose:

I assumed as much, but had to ask.

Charles

Charles Lee Mudd Jr.
Principal and Attorney | Mudd Law

(Where applicable, please Reply All)

Board Member | NewSpace Chicago

Member | ITechLaw
Member | AAAI, AIAA, AAS, IISL

312-964-5051 Office
312-545-6835 Mobile

**Mudd Law**
Space | Internet | Creatives | IP | Startups
Chicago | Houston | Park City

Subscribe to our Newsletters

Subscribe to our YouTube Channel

Join us for Coffee and Conversation!


On Nov 17, 2022, at 11:16 PM, Ehler, Rose <Rose.Ehler@mto.com> wrote:

Hi Charles,

We don't see any reason for a stay and plan to move forward with our motion.

Thanks,
Rose

Rose Leda Ehler
213.683.9240

**From:** Charles Mudd <charles@muddlaw.com>
**Sent:** Thursday, November 17, 2022 12:58 PM
**To:** Ehler, Rose <Rose.Ehler@mto.com>
**Cc:** Danielle Gitzen <danielle@muddlaw.com>
**Subject:** Follow up on Yout

Rose:

So, I had been let go. This is why I could not respond previously on any substantive matters.

Now, I am back on the specific issue in the lower court of attorney's fees. As to the appeal and broader issues, they still remain outside the scope of my efforts here.

On the issue of your motion, I wonder if your client would be amenable to a stay on the briefing of the motion for attorney's fees until the appeal has been resolved.

What do you think?

Charles

_____
Charles Lee Mudd Jr.
Principal and Attorney | Mudd Law

(Where applicable, please Reply All)


Board Member | NewSpace Chicago
Member | ITechLaw
Member | AAAI, AIAA, AAS, IISL

312-964-5051 Office
312-545-6835 Mobile


**Mudd Law**
Space | Internet | Creatives | IP | Startups
Chicago | Houston | Park City

Subscribe to our Newsletters

Subscribe to our YouTube Channel

Join us for Coffee and Conversation!