## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNETICUT

YOUT LLC,                                                    )
                                                             )
                  Plaintiff,                                 )          Case No. 3:20-cv-01602-SRU
                                                             )
        vs.                                                  )
                                                             )
THE RECORDING INDUSTRY                                       )          January 5, 2023
ASSOCIATION OF AMERICA, INC. and                             )
DOE RECORD COMPANIES 1-10                                    )
                                                             )
                  Defendants                                 )
                                                             )

## DECLARATION OF JOHNATHAN NADER

I, Johnathan Nader, do hereby declare, testify, and state as follows:

1.      I am the founder and managing member of Plaintiff Yout LLC ("Yout"). The
facts set forth in this declaration are based on my personal knowledge. If called as a witness, I
could and would testify competently to the contents of this declaration.

2.      Yout retained appellate counsel in October 2022, and has a current fee
arrangement with Boston Law Group, PC, by which Yout paid an initial $15,000 retainer with
additional monthly retainer payments of $7,000.00 as needed against which Boston Law Group,
PC, will bill hourly.

3.      Initially Yout had disengaged Mudd Law in favor of appellate counsel but when
the RIAA filed its motion, Yout re-retained Mudd Law for the purpose of responding to the
RIAA's motion for attorneys' fees and to file for a stay of that decision on behalf of Yout.

4.      At this time, I am funding this litigation almost entirely from my personal funds.

5.      Attached as Exhibit A-1 is a true and correct copy of Yout's bank statement for
December 2022.

1

6.      As can be seen from Yout's December bank statement, Yout is not generating any revenue beyond meeting its expenses and I have been depositing funds from my personal accounts in order to cover those expenses when needed.

7.      Although Yout's accountant has not completed the books for 2022, this has been the financial situation of Yout since the RIAA first began sending DMCA notices to Google at least as early as October 2019. In fact, it was those notices which caused Yout for the first time to be featured in TorrentFreak and occurred well before any purportedly unfavorable foreign judgments the RIAA references.

8.      At this time, Yout owes Mudd Law Offices approximately $20,000.00 in fees and costs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated:       January _05_, 2023



                                                                Johnathan Nader

# YampaValleyBank
#### Genuine Hometown Banking

**Statement Ending 12/31/2022**

*Page 1 of 6*

**600 South Lincoln Avenue, Suite 100**
**Steamboat Springs, CO 80487**

**RETURN SERVICE REQUESTED**

YOUT LLC
850 CLARK ST
PO BOX 1232
SOUTH WINDSOR CT 06074-7232

## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch Name | Steamboat Office |
| 📱 | Phone Number | 970-879-2993 |
| ✉ | Mailing Address | P O Box 775770 Steamboat Springs, CO  80477 |
| 💻 | Online Access | www.yampavalleybank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Interest Checking | ███50 | $1,104.69 |

OUR PRIVACY POLICY HAS NOT CHANGED, BUT WE ARE NOTIFYING YOU OF ITS AVAILABILITY ON OUR WEBSITE  AT:WWW.YAMPAVALLEYBANK.COM

IF YOU WOULD LIKE TO REQUEST A HARD COPY OF THE PRIVACY POLICY, PLEASE CALL US AT 970-879-2993.

## Business Interest Checking-████50

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2022 | **Beginning Balance** | **$1,619.78** |
| | 48 Credit(s) This Period | $31,414.72 |
| | 45 Debit(s) This Period | $31,929.81 |
| 12/31/2022 | **Ending Balance** | **$1,104.69** |
| | Service Charges | $10.00 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.39% |
| Interest Days | 31 |
| Interest Earned | $0.00 |
| Interest Paid This Period | $1.39 |
| Interest Paid Year-to-Date | $8.88 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 12/31/2022 | Accr Earning Pymt Added to Account | $1.39 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 12/01/2022 | ACH Deposit EMS BKRD DEP | $20.96 |
| 12/01/2022 | ACH Deposit EMS BKRD DEP | $1,012.48 |
| 12/02/2022 | ACH Deposit EMS BKRD DEP | $1,284.08 |
| 12/02/2022 | IB Transfer Deposit INTERNET XFR FRM Yampa Chec XXX7582 | $800.00 |
| 12/05/2022 | ACH Deposit EMS BKRD DEP | $38.33 |
| 12/05/2022 | ACH Deposit EMS BKRD DEP | $887.44 |



## This Form is Provided to Help You Balance Your Bank Statement

Balance Shown on
Bank Statement $ _____

Add
Deposits $ _____

_____

_____

**Sub Total** $ _____

Balance Shown in
Your Check Book $ _____

Add Any Deposits
and/or Transfers
Not Already Entered
in Your Check Book

_____

_____

_____

_____

_____

**Sub Total** _____

Subtract Service
Charges, Other Bank
Charges, and Any
Automatic
Payments Not in
Check Book

_____

_____

_____

**BEFORE YOU START**

PLEASE BE SURE YOU HAVE ENTERED IN YOUR CHECK BOOK ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF THE STATEMENT.

*YOU SHOULD HAVE ADDED IF ANY OCCURRED:*

1. Loan Advances.
2. Credit memos.
3. Other automatic deposits.

*YOU SHOULD HAVE SUBTRACTED IF ANY OCCURRED:*

1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments

| CHECK NUMBER | AMOUNT | CHECK NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Total** · · · · · · · $ _____    **Total** · · · · · · · $ _____

**Total** · · · · · · · $ _____    **Total** · · · · · · · $ _____

---

**In Case of Errors or Questions About Your Electronic Transfers**

**Telephone or Write us at:**
**YAMPA VALLEY BANK: 970-879-2993, P.O.BOX 775770, STEAMBOAT SPRINGS, CO 80477**
as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   (1)  Tell us your name and account number (if any).
   (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   (3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*Billing Rights Summary*

In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us [on a separate sheet] at **YAMPA VALLEY BANK:  P.O. BOX 775770, STEAMBOAT SPRINGS, CO 80477** as soon as possible.  You may also contact us on the Web: www.yampavalleybank.com. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared.  You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error.  If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

*Thank You*

For having your checking account at
**YAMPA VALLEY BANK**

![YampaValleyBank logo] **Statement Ending 12/31/2022**

Genuine Hometown ♥ Banking

## Business Interest Checking-■■■■50 (continued)

### Electronic Credits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 12/06/2022 | ACH Deposit<br>EMS BKRD DEP | $54.98 |
| 12/06/2022 | ACH Deposit<br>EMS BKRD DEP | $839.27 |
| 12/06/2022 | ACH Deposit<br>EMS BKRD DEP | $895.29 |
| 12/06/2022 | ACH Deposit<br>EMS BKRD DEP | $1,124.76 |
| 12/07/2022 | ACH Deposit<br>EMS BKRD DEP | $42.46 |
| 12/07/2022 | ACH Deposit<br>EMS BKRD DEP | $867.86 |
| 12/08/2022 | ACH Deposit<br>EMS BKRD DEP | $980.97 |
| 12/09/2022 | ACH Deposit<br>EMS BKRD DEP | $22.44 |
| 12/09/2022 | ACH Deposit<br>EMS BKRD DEP | $990.35 |
| 12/12/2022 | ACH Deposit<br>EMS BKRD DEP | $971.83 |
| 12/13/2022 | ACH Deposit<br>EMS BKRD DEP | $39.08 |
| 12/13/2022 | ACH Deposit<br>EMS BKRD DEP | $32.67 |
| 12/13/2022 | ACH Deposit<br>EMS BKRD DEP | $1,147.71 |
| 12/13/2022 | ACH Deposit<br>EMS BKRD DEP | $1,067.65 |
| 12/13/2022 | ACH Deposit<br>EMS BKRD DEP | $1,316.76 |
| 12/14/2022 | ACH Deposit<br>EMS BKRD DEP | $724.16 |
| 12/15/2022 | ACH Deposit<br>EMS BKRD DEP | $65.60 |
| 12/15/2022 | ACH Deposit<br>EMS BKRD DEP | $770.00 |
| 12/16/2022 | ACH Deposit<br>EMS BKRD DEP | $1,071.48 |
| 12/19/2022 | ACH Deposit<br>EMS BKRD DEP | $21.64 |
| 12/19/2022 | ACH Deposit<br>EMS BKRD DEP | $781.00 |
| 12/20/2022 | ACH Deposit<br>EMS BKRD DEP | $765.25 |
| 12/20/2022 | ACH Deposit<br>EMS BKRD DEP | $1,217.19 |
| 12/20/2022 | ACH Deposit<br>EMS BKRD DEP | $37.65 |
| 12/20/2022 | ACH Deposit<br>EMS BKRD DEP | $918.42 |
| 12/21/2022 | ACH Deposit<br>EMS BKRD DEP | $38.04 |
| 12/21/2022 | ACH Deposit<br>EMS BKRD DEP | $911.53 |
| 12/22/2022 | ACH Deposit<br>EMS BKRD DEP | $789.40 |
| 12/23/2022 | ACH Deposit<br>EMS BKRD DEP | $172.20 |

Case 3:20-cv-01602-SRU   Document 70-1   Filed 01/05/23   Page 6 of 8

# Business Interest Checking-█████50 (continued)

## Electronic Credits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 12/23/2022 | ACH Deposit<br>EMS BKRD DEP | $1,103.08 |
| 12/27/2022 | ACH Deposit<br>EMS BKRD DEP | $893.44 |
| 12/27/2022 | ACH Deposit<br>EMS BKRD DEP | $216.83 |
| 12/27/2022 | ACH Deposit<br>EMS BKRD DEP | $28.83 |
| 12/27/2022 | ACH Deposit<br>EMS BKRD DEP | $1,103.95 |
| 12/27/2022 | ACH Deposit<br>EMS BKRD DEP | $1,439.87 |
| 12/27/2022 | ACH Deposit<br>EMS BKRD DEP | $795.01 |
| 12/27/2022 | IB Transfer Deposit<br>INTERNET XFR FRM Yampa Chec XXX7582 | $200.00 |
| 12/28/2022 | ACH Deposit<br>EMS BKRD DEP | $959.46 |
| 12/29/2022 | ACH Deposit<br>EMS BKRD DEP | $65.51 |
| 12/29/2022 | ACH Deposit<br>EMS BKRD DEP | $882.72 |
| 12/30/2022 | ACH Deposit<br>EMS BKRD DEP | $1,003.70 |

## Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $300.00 |
| 12/01/2022 | ACH Payment<br>EMS BKRD DEP | $1,928.52 |
| 12/02/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $300.00 |
| 12/02/2022 | ACH Payment<br>AUTHNET GATEWAY BILLING | $483.05 |
| 12/02/2022 | ACH Payment<br>AUTHNET GATEWAY BILLING | $40.32 |
| 12/02/2022 | ACH Payment<br>AUTHNET GATEWAY BILLING | $30.00 |
| 12/02/2022 | ACH Payment<br>CAPITAL ONE ONLINE PMT | $1,300.00 |
| 12/02/2022 | ACH Payment<br>CAPITAL ONE ONLINE PMT | $300.00 |
| 12/06/2022 | ACH Payment<br>EMS BKCRDCHGBK | $12.00 |
| 12/06/2022 | ACH Payment<br>EMS BKCRDCHGBK | $19.00 |
| 12/07/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $100.00 |
| 12/07/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $500.00 |
| 12/07/2022 | ACH Payment<br>CHASE CREDIT CRD AUTOPAYBUS | $364.00 |
| 12/08/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $300.00 |
| 12/08/2022 | ACH Payment<br>EMS BKCRDCHGBK | $108.00 |
| 12/09/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $100.00 |
| 12/09/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $350.00 |



**YampaValleyBank**
Genuine Hometown · Banking

## Business Interest Checking-███50 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 12/12/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $300.00 |
| 12/12/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $200.00 |
| 12/13/2022 | ACH Payment<br>EMS BKCRDCHGBK | $180.27 |
| 12/13/2022 | ACH Payment<br>EMS BKCRDCHGBK | $108.00 |
| 12/15/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $490.00 |
| 12/19/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $300.00 |
| 12/20/2022 | ACH Payment<br>CAPITAL ONE ONLINE PMT | $3,300.00 |
| 12/20/2022 | ACH Payment<br>CHASE CREDIT CRD AUTOPAYBUS | $488.00 |
| 12/21/2022 | ACH Payment<br>CAPITAL ONE CRCARDPMT | $303.00 |
| 12/22/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $250.00 |
| 12/23/2022 | ACH Payment<br>EMS BKCRDCHGBK | $5.00 |
| 12/27/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $500.00 |
| 12/27/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $100.00 |
| 12/27/2022 | ACH Payment<br>EMS BKCRDCHGBK | $5.00 |
| 12/27/2022 | ACH Payment<br>EMS BKCRDCHGBK | $5.00 |
| 12/27/2022 | ACH Payment<br>EMS BKCRDCHGBK | $5.00 |
| 12/28/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $27.00 |
| 12/28/2022 | ACH Payment<br>EMS BKCRDCHGBK | $12.28 |
| 12/28/2022 | ACH Payment<br>MUDD LAW OFFICES SALE | $1,001.72 |
| 12/29/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $100.00 |
| 12/29/2022 | ACH Payment<br>STATE OF CT DRS BUS DIRPAY | $8,979.65 |
| 12/30/2022 | IB Transfer W/D<br>INTERNET XFR TO Yampa Chec XXX7582 | $300.00 |
| 12/30/2022 | ACH Payment<br>EMS BKCRDCHGBK | $5.00 |
| 12/30/2022 | ACH Payment<br>MUDD LAW OFFICES SALE | $1,000.00 |
| 12/30/2022 | ACH Payment<br>MUDD LAW OFFICES SALE | $400.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 12/15/2022 | Wire Payment<br>Boston Law Group, PC Wires | $7,000.00 |
| 12/15/2022 | Wire Fee<br>Boston Law Group, PC Wires | $20.00 |
| 12/31/2022 | Service Charge | $10.00 |

Case 3:20-cv-01602-SRU   Document 70-1   Filed 01/05/23   Page 8 of 8

# Business Interest Checking-█████50 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 12/01/2022 | $424.70 | 12/13/2022 | $8,733.99 | 12/23/2022 | $5,964.63 |
| 12/02/2022 | $55.41 | 12/14/2022 | $9,458.15 | 12/27/2022 | $10,027.56 |
| 12/05/2022 | $981.18 | 12/15/2022 | $2,783.75 | 12/28/2022 | $9,946.02 |
| 12/06/2022 | $3,864.48 | 12/16/2022 | $3,855.23 | 12/29/2022 | $1,814.60 |
| 12/07/2022 | $3,810.80 | 12/19/2022 | $4,357.87 | 12/30/2022 | $1,113.30 |
| 12/08/2022 | $4,383.77 | 12/20/2022 | $3,508.38 | 12/31/2022 | $1,104.69 |
| 12/09/2022 | $4,946.56 | 12/21/2022 | $4,154.95 | | |
| 12/12/2022 | $5,418.39 | 12/22/2022 | $4,694.35 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|:-:|:-:|
| **Total Overdraft Fees** | $0.00 | $30.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|------|:-:|
| 12/31/2022 Maintenance Fee  (Service Charge Balance: $55.41) | $10.00 |
| Total Service Charge | $10.00 |